162 So.2d 17

**STATE of Louisiana**

**v.**

**INVESTIGATION BY Jim GARRISON, District Attorney, Orleans Parish.**

**No. 47217.**

April 3, 1964.

In re Elmer R. Tapper applying for writs of certiorari, prohibition and mandamus.

Writs refused. The trial judge's ruling on the objections set forth in relator's motion to quash issuance of subpoenas is cor-

rect. The other contentions and allegations made in relator's application for writs 'to this court are not contained in the motion and have not been submitted to the trial judge, and he has not made any ruling thereon. In view of this fact they are not properly before this court.

FOURNET, C. J., and SUMMERS, J., are of the opinion the writs should be granted. R.S. 15:156 does not authorize a so called "open hearing", consequently any proceeding thereunder is illegal. The statute only authorizes the taking of the deposition of the witnesses before a judge or justice of the peace as done before grand jurors.

HAMITER, J., concurs in the refusal of the writs.